BEFORE THE THIRD DIVISION, SEPTEMBER 30, 1959

**No. 63405.**—International Distributing Corporation v. United States, protest 310746–K/14790 (New Orleans).

Opinion by RICHARDSON, J.   In accordance with oral stipulation of counsel that the merchandise is a product of West Germany, the claim of the plaintiff was sustained.

**No. 63406.**—B. R. Anderson & Co. v. United States, protest 58/25555 (Seattle).

Opinion by RICHARDSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

BEFORE THE THIRD DIVISION, OCTOBER 2, 1959

**No. 63407.**—The Worcester Royal Porcelain Co., Inc. v. United States, protest 58/15130 (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

**No. 63408.**—Richard M. Ott & Sons, Inc. v. United States, protest 58/22909 (Boston).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63409.**—Pistorino & Company, Inc., for the account of Mitchell Bogaty v. United States, protest 59/4183 (Boston).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.